# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN DONLIN, III,** : | **CIVIL ACTION NO. 3:13-CV-01912** |
| Plaintiff : | **(Chief Judge Conner)** |
| vs. : | |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SOCIAL SECURITY,** : | |
| Defendant : | |

## ORDER

AND NOW, this 18th day of June, 2014, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against John Donlin, III, as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying John Donlin, III, disability insurance benefits and supplemental security income benefits is AFFIRMED.

3. The Clerk of Court is directed to CLOSE this case.

          /S/ CHRISTOPHER C. CONNER
          Christopher C. Conner, Chief Judge
          United States District Court
          Middle District of Pennsylvania